# Exhibit B



# JLWA
J.L. Ward Associates, Inc.

## Invoice No. GPTCHB #1

November 2, 2010
Page 1 of 1

**Great Plains Tribal Chairmen's Health Board**
**Access to Recovery III**

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| October 8-10, 2010 | Project planning/develop scope of work (SAMHSA condition); develop VMS functions by user group and branching diagram. | 32.25 @ $96 per/hour | $3,096.00 |
| October 11-15, 2010 | Develop VMS functionality and content plan; made budget revisions to meet award conditions; and print policy and procedures for GPTCHB. | 77.75 @ $96 per/hour | $7,464.00 |
| October 18-22, 2010 | Prepare budget revision documents to meet award conditions and develop functionality and content plan. | 74.00 @ $96 per/hour | $7,104.00 |
| October 25-29, 2010 | Prepare for meeting in DC; work on VMS Scope of work for programming; and meeting in Washington, DC. | 80.00 @ $96 per/hour | $7,680.00 |
| November 1-2, 2010 | Develop functionality and content plan; revise voucher budget; teleconferences; and develop scope of work for programming. | 33.00 @ $96 per/hour | $3,168.00 |
| **TOTAL DUE** | | | **$28,512.00** |

Prompt Payment Terms. 15 Calendar days.

_James L. Ward_
James Ward, President/CEO

November 2, 2010
Date


EXHIBIT 36
His Horse is Thunder

9562 Winter Gardens Blvd., Suite D358
Lakeside, CA 92040

619-938-1613 (Office)
619-938-1614 (Fax)

www.jlwardassociates.com

JLWard 0512