# Exhibit C



**J.L. Ward Associates, Inc.**

## Invoice No. GPTCHB #2 (Revised)

November 9, 2010
Page 1 of 1

**Great Plains Tribal Chairmen's Health Board**
**Access to Recovery III**

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| October 25, 2010 - November 4, 2010 | IT Administration | 35 hrs @ $96.00 p/hr | $3,360.00 |
| | Review of VMS functionality and content plan | 48 hrs @ $96.00 p/hr | 4,608.00 |
| | Create VMS scope of work | 62 hrs @ $96.00 p/hr | 5,952.00 |
| | Develop site design template | 25 hrs @ $96.00 p/hr | 2,400.00 |
| | Design user management | 45 hrs @ 96.00 p/hr | 4,320.00 |
| | Create development environment | 26 hrs @ $96.00 p/hr | 2,496.00 |
| | Design database | 40 hrs @ $96.00 p/hr | 3,840.00 |
| | Design administrative system | 17 hrs @ @96.00 p/hr | 1,632.00 |
| | Project management | 15 hrs @ $96.00 p/hr | 1,440.00 |
| **TOTAL DUE** | | **313 hrs** | **$30,048.00** |

<u>Prompt Payment Terms</u>. 15 Calendar days.

_James L. Ward_ (signature)
James Ward, President/CEO

November 9, 2010
Date



EXHIBIT 37
His Horse Is Thunder

9562 Winter Gardens Blvd., Suite D358
Lakeside, CA 92040

619-938-1613 (Office)
619-938-1614 (Fax)

www.jlwardassociates.com

JLWard 0513