# Exhibit D



# JLWA
J.L. Ward Associates, Inc.

## Invoice No. GPTCHB #3

November 9, 2010
Page 1 of 1

**Great Plains Tribal Chairmen's Health Board**
**Access to Recovery III**

| Date | Description | Hours | Amount |
|---|---|---|---|
| November 3, 2010 | VMS - Develop functionality and content plan | 15.25 hrs @ $96.00 p/hr | $1,464.00 |
| November 4, 2010 | Forms - Develop provider application form<br><br>VMS - Made content plan revisions to match scope of work | 14.25 hrs @ $96.00 p/hr | 1,368.00 |
| **TOTAL DUE** | | **29.50 hrs** | **$2,832.00** |

Prompt Payment Terms. 15 Calendar days.

_James L. Ward_
James Ward, President/CEO

November 9, 2010
Date



EXHIBIT 38
His Horse is Thunder

9562 Winter Gardens Blvd., Suite D358
Lakeside, CA 92040

619-938-1613 (Office)
619-938-1614 (Fax)

www.jlwardassociates.com

JLWard 0514