UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| J.L. WARD ASSOCIATES, INC., | * | CIV 11-4008-RAL |
| Plaintiff, | * | |
| vs. | * | |
| | * | JUDGMENT OF |
| GREAT PLAINS TRIBAL CHAIRMEN'S HEALTH BOARD f/k/a Aberdeen Area Tribal Chairman's Health Board, | * | DISMISSAL |
| Defendant. | * | |

On February 11, 2014, the parties filed a Joint Motion to Dismiss. Doc. 64. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated February 14, 2014.

BY THE COURT:

/s/ *Roberto A. Lange*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE